**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

**MATTIEU BURKS,**

               **Plaintiff,**

    v.                                              **9:16-CV-759
                                                     (FJS/DEP)**

**CHAD STICKNEY, Correction Officer, Clinton Correctional Facility; NOLAN, Correction Officer, Clinton Correctional Facility; SMITH, Correction Officer, Clinton Correctional Facility; EDWARD L. PEPPER, Correction Officer, Clinton Correctional Facility; JOHN MARK CROSS, Sergeant, Clinton Correctional Facility; JOHN DOE "E" BLOCK, Sergeant, Clinton Correctional Facility; STEVEN RACETTE, Superintendent; MICHAEL KIRKPATRICK, Superintendent; JOHN DOE, Supervisor in Charge of Security; JOHN DOE 1-25, Correction Officers; DAVID J. CHAMBERLAIN; and JOSHUA R. WOOD,**

               **Defendants.**

---

| | |
|---|---|
| **ATTORNEYS** | **OF COUNSEL** |
| **STOLL GLICKMAN & BELLINA LLP**<br>475 Atlantic Avenue, Third Floor<br>Brooklyn, New York 11217<br>Attorneys for Plaintiff | **LEO GLICKMAN, ESQ.** |

OFFICE OF THE NEW YORK　　　　　　　DENISE P. BUCKLEY, AAG
STATE ATTORNEY GENERAL
The Capitol
Albany, New York 12224
Attorneys for Defendants

**SCULLIN, Senior Judge**

## ORDER

Having reviewed Plaintiff's petition, his attorney's affirmation, and the exhibits attached thereto, *see* Dkt. Nos. 55-56, the Court hereby

**ORDERS** that Plaintiff's motion for a Temporary Restraining Order/Order to Show Cause, *see* Dkt. Nos. 55-56, is **GRANTED effective immediately** insofar as Defendants' counsel is prohibited from proceeding with any arrangements she, any member of the New York State Attorney General's Office or the Department of Corrections and Community Supervision has made or may make in the future to have Plaintiff view the photographs of the officers who worked at C-block during the relevant shift at issue in this case, with or without video and stenographic recording of said viewing, without Plaintiff's counsel being present for said viewing.[1]

**IT IS SO ORDERED.**

Dated: June 14, 2017
　　　　Albany, New York

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Frederick J. Scullin, Jr.
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

---

[1] The Court reminds counsel that their conduct is governed by the Rules of Professional Responsibility with regard to all of their interactions with opposing parties who are represented by counsel.