UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x
MATTIEU BURKS

                                     Plaintiff,

                -against-

| | |
|---|---|
| CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER NOLAN; CORRECTION OFFICER SMITH; CORRECTION OFFICER PEPPER; SERGEANT J. CROSS; JOHN DOE "E" BLOCK SERGEANT; SUPERINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATRICK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25, | **NOTICE OF MOTION TO MOTION FOR SANCTIONS PURSUANT TO RULE 37 AND THE INHERENT POWER OF THE COURT** |
| | 16 CV 759 (FJS)(DEP) |

                                Defendants.
---------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of Leo Glickman, the attached

Memorandum of Law, both dated October 17, 2017 and the annexed exhibits, and upon all the

papers and proceedings had herein, plaintiff will move this Court, before Magistrate Judge David

E. Peebles at the United States Courthouse for the Northern District of New York for an order to

impose sanctions on defendants for their conduct in discovery.

**PLEASE TAKE FURTHER NOTICE** that defendants' opposition papers must be served on

the undersigned by November 9, 2017.


DATED:      Brooklyn, New York
                October 17, 2017

| | |
|---|---|
| Hon. David E. Peebles | Stoll, Glickman & Bellina, LLP |
| U.S. Magistrate Judge | Attorneys for Plaintiff |
| United States District Court | 475 Atlantic Ave. 3rd Floor |
| Northern District of New York | Brooklyn, NY  11217 |
| | (718) 852-3710 |

AAG Denise Buckley
Office of the Attorney General
The Capitol
Albany, NY 12224

lglickman@stollglickman.com


BY:_____/S/_____
        Leo Glickman (LG3644)

.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2017, I electronically filed the Notice of Motion, Affidavit and Memorandum of Law in this matter with the Clerk of the District Court using its CM/ECF system and thereby provided service of the following CM/ECF participant:

Assistant Attorney General Denise Buckley
Office of the Attorney General for the State of New York
The Capitol
Albany, NY 12224
Denise.Buckley@ag.ny.gov

DATED:       Brooklyn, New York
             October 17, 2017



Stoll, Glickman & Bellina, LLP
Attorneys for Plaintiff
475 Atlantic Ave. 3rd Floor
Brooklyn, NY  11217
(718) 852-3710
lglickman@stollglickman.com



BY:_____/S/_____
Leo Glickman (LG3644)