A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

MATTIEU BURKS,

                                                                                   Plaintiff,    NOTICE OF DEPOSITION

                 -against-

                                              Docket No. 16cv759(FJS)(DEP)

CORRECTION OFFICER CHAD STICKNEY, ET AL,,

                                                           ECF CASE

                                                  Defendants.

------------------------------------------------------------------ X

PLEASE TAKE NOTICE that Plaintiff, Mattieu Burks, by his attorney Leo Glickman will take the oral deposition of the person specified below before a notary public or other officer duly authorized to administer oaths, at the date, time, and place specified, for all purposes permitted by the Federal and Local Rules and Statutes.

| | |
|---|---|
| Person: | CORRECTION OFFICER DONALD SMITH JR. |
| Subject: | Any and all information pertaining to plaintiff's complaint, defendant's answer, and defendant's responses to plaintiff's discovery demands. |
| Date & Time: | June 20, 2017 at 1:00 P.M. |
| Place: | Associated Reported International<br>125 Wolf Road<br>Albany, NY 12205 |

Manner of Recording: Stenographic and <u>video</u>

DATED:    May 19, 2017
                 New York, New York

                                                                  /S/

                                           By:

TO:    Attorneys for Defendants          Leo Glickman
         AAG Denise Buckley               Stoll, Glickman & Bellina, LLP
         Attorney General, State of NY      Attorneys for Plaintiff
         The Capitol                                 475 Atlantic Avenue, 3rd Fl.
         Albany, NY 12224                    Brooklyn, NY 11217
                                                    (718) 852-3710

AFFIRMATION OF SERVICE

State of New York
              ss.:
County of Kings

I, the undersigned, an attorney duly admitted to practice in the State of New York, with offices at 475 Atlantic Avenue, 3rd Floor, Brooklyn, New York, 11217, affirm as follows as under penalties of perjury:

On May 19, 2017, I personally caused to be served the within **NOTICES OF DEPOSITION for Chad Stickney, Darwin Nolan, Donald Smith Jr. Edward Pepper, John Cross, Steven Racette and Michael Kirkpatrick;**

/XX/   **SERVICE BY FIRST CLASS MAIL and Email;** by mailing a copy to the following attorney at the last known email address and address set forth below. I knew the attorney served to be the attorney for the party(ies) stated below.

TO:
    Attorneys for Defendants
    AAG Denise Buckley
    Attorney General, State of NY
    The Capitol
    Albany, NY 12224

Dated: New York, New York
May 19, 2017

_____/S/_____
Leo Glickman