|  |  |
|---|---|
|  | *Stoll, Glickman & Bellina, LLP*<br>**Leo Glickman**<br>**Time Entry Details** |

C

*Printed by: Leo Glickman*

| | |
|---|---|
| **Date:** | Tue May 30, 2017 |
| **Last Modified Date:** | Last Modified 11:41 AM May 30/17 |
| **Timekeeper:** | Entered by: Leo Glickman at 11:41 AM May 30/17 |
| **Duration:** | 1.10 |
| | |
| **File Name:** | Burks, Mattieu |
| **Client:** | Mattieu Burks |
| **Matter:** | MATTIEU BURKS, Plaintiff, -against- CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER NOLAN; CORRECTION OFFICER SMITH; CORRECTION OFFICER PEPPER; SERGEANT J. CROSS; JOHN DOE "E" BLOCK SERGEANT; SUPERINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATRICK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25, Defendants. |
| **Client ID:** | |
| **Matter ID:** | 16CV00759 (FJS)(DEP) |
| | |
| **File Category:** | Billable |
| **Billing Rate:** | Normal |
| **Rate Value:** | 700.00 |
| | |
| **Activity:** | |
| **Task-based Task Code:** | |
| **Task-based Activity Code:** | |
| | |
| **Description:** | Research on location of depos, email to AAG Buckley. |