

# Leo Glickman

| | |
|---|---|
| **From:** | Denise Buckley <Denise.Buckley@ag.ny.gov> |
| **Sent:** | Tuesday, June 13, 2017 7:06 PM |
| **To:** | Leo Glickman |
| **Subject:** | Burks v Stickney, 16-cv-759 |

Leo,

The photo array review in the above matter is confirmed for Thursday, June 15th at 9 am at Great Meadow CF. We have arranged for a court reporter to be present to transcribe the proceedings. The proceedings will also be videotaped.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov

**From:** Leo Glickman [mailto:lglickman@stollglickman.com]
**Sent:** Tuesday, June 13, 2017 1:38 PM
**To:** Denise Buckley <Denise.Buckley@ag.ny.gov>
**Subject:** RE: follow up

OK, let's do 9 am Thursday. I have an appointment with him for 1:30 pm tomorrow. Please make it clear that I am keeping that appointment, so they don't assume it's all moving to Thursday. I will give you a call tomorrow between 10 and 10:30. Thanks.

**From:** Denise Buckley [mailto:Denise.Buckley@ag.ny.gov]
**Sent:** Tuesday, June 13, 2017 1:28 PM
**To:** Leo Glickman <lglickman@stollglickman.com>
**Subject:** RE: follow up

Leo,

Ok, the ideal time to talk tomorrow would be between 10 am and 11 am. If that doesn't suit, then let me know what time you are available and I will try to work around that.

Great Meadow is not available tomorrow, but they can arrange for the photo viewing at 9 am on Thursday. Please let me know before close of business today if that suits. If that is not suitable, please suggest a few alternative dates and I will see what can be arranged.

Best regards,

**Denise Buckley | Assistant Attorney General**

1

Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov


**From:** Leo Glickman [mailto:lglickman@stollglickman.com]
**Sent:** Tuesday, June 13, 2017 11:54 AM
**To:** Denise Buckley <Denise.Buckley@ag.ny.gov>
**Subject:** follow up

Let's talk tomorrow about trying to schedule all of this.

However, Did you speak to Great Meadow officials about tomorrow for showing plaintiff the photos?  If that's set, I think I would want to go and do that and I can also wrap up the requests for admission and interrogs with my client.  Let me know, and I will try to get that done.  Obviously, I don't want to do a 7 hour round trip tomorrow if there's going to be a problem.  Let me know and thanks.

Leo Glickman
Stoll, Glickman & Bellina, LLP
718-852-3710
www.stollglickman.com

Brooklyn office:              Uptown Manhattan Office:
475 Atlantic Ave., 3rd Floor    5030 Broadway, Ste. 652
Brooklyn, NY 11217            New York, NY 10034


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.