|  |
|---|
| *Stoll, Glickman & Bellina, LLP*<br>**Leo Glickman**<br>**Time Entry Details** |

*Printed by: Leo Glickman*

**Date:** Wed June 14, 2017
**Last Modified Date:** Last Modified 3:33 PM Oct 10/17
**Timekeeper:** Entered by: Leo Glickman at 1:45 PM Jun 14/17
**Duration:** 3.00

**File Name:** Burks, Mattieu
**Client:** Mattieu Burks
**Matter:** MATTIEU BURKS, Plaintiff, -against- CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER NOLAN; CORRECTION OFFICER SMITH; CORRECTION OFFICER PEPPER; SERGEANT J. CROSS; JOHN DOE "E" BLOCK SERGEANT; SUPERINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATRICK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25, Defendants.
**Client ID:**
**Matter ID:** 16CV00759 (FJS)(DEP)

**File Category:** Billable
**Billing Rate:** Normal
**Rate Value:** 700.00

**Activity:**
**Task-based Task Code:**
**Task-based Activity Code:**

**Description:** Order to show cause.

Page 1 of 1

**Stoll, Glickman & Bellina, LLP**
**Leo Glickman**
**Time Entry Details**

Printed by: Leo Glickman

| | |
|---|---|
| Date: | Wed June 14, 2017 |
| Last Modified Date: | Last Modified 4:13 PM Oct 5/17 |
| Timekeeper: | Entered by: Nicholas Mindicino at 4:13 PM Oct 5/17 |
| Duration: | 2.20 |
| File Name: | |
| Client: | Burks, Mattieu |
| Matter: | Mattieu Burks |
| | MATTIEU BURKS, Plaintiff, -against- CORRECTION OFFICER NOLAN; CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER PEPPER; SERGEANT J. CROSS; JOHN DOE "E" BLOCK SERGEANT; SUPERINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATRICK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25, Defendants. |
| Client ID: | |
| Matter ID: | 16CV00759 (FJS)(DEP) |
| File Category: | |
| Billing Rate: | Billable |
| Rate Value: | Normal |
| | 350.00 |
| Activity: | |
| Task-based Task Code: | |
| Task-based Activity Code: | |
| Description: | Draft order to show cause |