17



# The Queensbury Hotel

88 Ridge Street
Glens Falls, New York
12801
Phone: 518-792-1121
Email: info@TheQueensburyHotel.com

## Guest Folio

| | |
|---|---|
| Arrival Date: | 14 Jun 2017 |
| Departure Date: | 15 Jun 2017 |
| Folio: | 18176-0 |

LEo Glickman
120 Cabrini Blvd., #36
New York,
10033
United States

Room Type: HRK1
Room:
CC Number: ************3020

| Date | Folio | Reference | Amount | Tax | Total |
|---|---|---|---|---|---|
| 14 Jun 2017 | 1 | Room Cancellation/No Show Fee | $129.00 | $9.03 | $138.03 |
| 14 Jun 2017 | 1 | Payment: AX | $-138.03 | $0.00 | $-138.03 |
| | | Room Charges | $0.00 | $0.00 | $0.00 |
| | | Other Charges | $129.00 | $9.03 | $138.03 |
| | | Credits | $-138.03 | $0.00 | $-138.03 |
| | | Balance | | | $0.00 |

NY State Room Tax    7.00 %   $129.00        $9.03

Signature _____

Thank you for choosing The Queensbury Hotel. We look forward to welcoming you again.

Oct 10, 2017 12:23