1

**Associated Reporters International, Inc.**
**213 Main Street, Suite 101**
**P.O. Box 165**
**Massena, New York 13662**
**1-800-523-7887**

# Invoice

| Bill To |
|---|
| STOLL GLICKMAN |
| Attn: Leo Glickman |
| 5030 Broadway |
| Suite 652 |
| New York, NY 10034 |

| Date | Invoice # | Job # |
|---|---|---|
| 9/21/2017 | 145418 | 170720.5N1 |

| |
|---|
| US District Court |
| Northern District of NY |
| Burks v Stickney et al |
| 16-CV-759 |
| Albany County |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Conference Room Fee | 205.00 | 205.00 |
| 84 | Deposition of Darwin Nolan - Burks v Stickney - 7/28/17 - 16-CV-759 | 4.46 | 374.64 |
|  | Postage | 10.00 | 10.00 |

Interest will be charged on invoices unpaid after 30 days from invoice date at an annual rate of 18%

Please refer to the above invoice # when corresponding about this bill.

Federal Employer Indentification Number 16-1397123

**Total** $589.64

Deposit: $421.90

Balance Due: $167.74