|  |
|---|
| *Stoll, Glickman & Bellina, LLP*<br>**Leo Glickman**<br>**Time Entry Details** |

J

*Printed by: Leo Glickman*

| | |
|---|---|
| **Date:** | Thu July 27, 2017 |
| **Last Modified Date:** | Last Modified 2:48 PM Oct 10/17 |
| **Timekeeper:** | Entered by: Leo Glickman at 2:48 PM Oct 10/17 |
| **Duration:** | 2.60 |
| | |
| **File Name:** | Burks, Mattieu |
| **Client:** | Mattieu Burks |
| **Matter:** | MATTIEU BURKS, Plaintiff, -against- CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER NOLAN; CORRECTION OFFICER SMITH; CORRECTION OFFICER PEPPER; SERGEANT J. CROSS; JOHN DOE "E" BLOCK SERGEANT; SUPERINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATRICK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25, Defendants. |
| **Client ID:** | |
| **Matter ID:** | 16CV00759 (FJS)(DEP) |
| | |
| **File Category:** | Billable |
| **Billing Rate:** | Normal |
| **Rate Value:** | 700.00 |
| | |
| **Activity:** | |
| **Task-based Task Code:** | |
| **Task-based Activity Code:** | |
| | |
| **Description:** | Depo prep of nolan |

Page 1 of 1

**Stoll, Glickman & Bellina, LLP**
**Leo Glickman**
**Time Entry Details**

Printed by: Leo Glickman

| | |
|---|---|
| Date: | Fri July 28, 2017 |
| Last Modified Date: | Last Modified 2:49 PM Oct 10/17 |
| Timekeeper: | Entered by: Leo Glickman at 2:49 PM Oct 10/17 |
| Duration: | 0.50 |
| File Name: | |
| Client: | Burks, Mattieu |
| Matter: | Mattieu Burks |
| | MATTIEU BURKS, Plaintiff, -against- CORRECTION OFFICER NOLAN; CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER PEPPER; SERGEANT J. CROSS; JOHN DOE "E" BLOCK SERGEANT; SUPERINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATRICK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25, Defendants. |
| Client ID: | |
| Matter ID: | 16CV00759 (FJS)(DEP) |
| File Category: | |
| Billing Rate: | Billable |
| Rate Value: | Normal |
| | 700.00 |
| Activity: | |
| Task-based Task Code: | |
| Task-based Activity Code: | |
| Description: | Depo prep nolan |

*Stoll, Glickman & Bellina, LLP*
**Leo Glickman**
**Time Entry Details**

*Printed by: Leo Glickman*

| | |
|---|---|
| Date: | Fri July 28, 2017 |
| Last Modified Date: | Last Modified 2:50 PM Oct 10/17 |
| Timekeeper: | Entered by: Leo Glickman at 2:50 PM Oct 10/17 |
| Duration: | 1.20 |
| | |
| File Name: | Burks, Mattieu |
| Client: | Mattieu Burks |
| Matter: | MATTIEU BURKS, Plaintiff, -against- CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER NOLAN; CORRECTION OFFICER SMITH; CORRECTION OFFICER PEPPER; SERGEANT J. CROSS; JOHN DOE "E" BLOCK SERGEANT; SUPERINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATRICK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25, Defendants. |
| Client ID: | |
| Matter ID: | 16CV00759 (FJS)(DEP) |
| | |
| File Category: | Billable |
| Billing Rate: | Normal |
| Rate Value: | 700.00 |
| | |
| Activity: | |
| Task-based Task Code: | |
| Task-based Activity Code: | |
| | |
| Description: | Depo of nolan |