**Hampton by Hilton**

HAMPTON INN ALBANY-UNIVERSITY AREA
1442 WESTERN AVE
ALBANY, NY  12203
United States of America
TELEPHONE 518-438-0001  • FAX 518-438-0690
Reservations
www.hilton.com or 1 800 HILTONS

Glickman, Leo

120 CABRINI BLVD.
36
NEW YORK NY  10033
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 337/NQRU |
| Arrival Date: | 7/24/2017  11:30:00 AM |
| Departure Date: | 7/25/2017 11:02:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | JBOGUE1 |
| Room Rate: | 195.02 |
| AL: | |
| HH # | 831643379 BLUE |
| VAT # | |
| Folio No/Che | 80151 A |

Confirmation Number: 81751131

HAMPTON INN ALBANY UNIVERSITY AREA 7/25/2017 11:02:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 7/24/2017 | 189541 | GUEST ROOM | $195.02 |
| 7/24/2017 | 189541 | RM - STATE TAX | $15.60 |
| 7/24/2017 | 189541 | RM - OCCUPANCY TAX | $11.70 |
| 7/25/2017 | 189654 | AX *3020 | ($222.32) |
| | | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

| | 7/24/2017 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $222.32 | $222.32 |
| DAILY TOTAL | $222.32 | $222.32 |

You have earned approximately 1950 Hilton Honors points for this stay. Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 4,900 h

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

IT WAS OUR PLEASURE TO SERVE YOU, THANK YOU!