

# Statement

Associated Reporters Int'l, Inc.
41 Main Street
P.O. Box 165
Massena, NY 13662

| Date |
|---|
| 10/10/2017 |

| To: |
|---|
| STOLL GLICKMAN<br>Attn: Leo Glickman<br>5030 Broadway<br>Suite 652<br>New York, NY 10034 |

| Amount Due | Amount Enc. |
|---|---|
| $0.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/10/2017 | Balance forward | | 0.00 |
| 09/21/2017 | 170922.4N1-PMT | -350.00 | -350.00 |
| 10/06/2017 | INV #145499. Due 11/05/2017. | 350.00 | 0.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

**Associated Reporters International, Inc.**
P.O. Box 165
Massena, New York 13662
1-800-523-7887


PAID
09/21/2017

# Invoice

| Date | Invoice # | Job # |
|---|---|---|
| 10/6/2017 | 145499 | 170922.4N1 |

**Bill To**
STOLL GLICKMAN
Attn: Leo Glickman
5030 Broadway
Suite 652
New York, NY 10034

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Conference Room Fee | 100.00 | 100.00 |
| | Appearance Fee - Late Cancellation | 250.00 | 250.00 |

Interest will be charged on invoices unpaid after 30 days from invoice date at an annual rate of 18%.

Please refer to the above invoice # when corresponding about this bill.

Federal Employer Indentification Number 16-1397123

**Total**  $350.00