
Case 9:16-cv-00759-FJS-ML   Document 81-15   Filed 10/17/17   Page 1 of 1

Hampton Inn Schenectady-Downtown
450 State Street • Schenectady, NY 12305
Phone (518) 377-4500 • Fax (518) 377-3575




**name / address**
GLICKMAN, LEO
120 CABRINI BLVD.
36
NEW YORK NY 10033
UNITED STATES OF AMERICA

| | |
|---|---|
| room number: | 309/KXTD |
| arrival date: | 9/21/2017  4:55:00 PM |
| departure date: | 9/22/2017  11:36:00 AM |
| adult/child: | 1/0 |
| room rate: | 143.10 |
| Rate Plan: | AAA |
| HH #: | 831643379 BLUE |
| AL: | |
| Car: | |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation Number: 85462301

9/22/2017

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 9/21/2017 | 708493 | GUEST ROOM | $143.10 |
| 9/21/2017 | 708493 | TAXES | $17.17 |
| 9/22/2017 | 708598 | AX *3020 | ($160.27) |
| | | **BALANCE** | $0.00 |

for reservations call **1.800.hampton** or visit us online at **hampton.com**                                                                 **thanks.**

| | |
|---|---|
| account no. | date of charge: 9/22/2017 |
| AX *3020 | folio/check no.: 223178 A |
| card member name | authorization: 549237 |
| GLICKMAN, LEO | initial |
| establishment no. and location | purchases & services |
| establishment agrees to transmit to card holder for payment | taxes |
| | tips & misc. |
| signature of card member | total amount |
| X | -160.27 |

