*Stoll, Glickman & Bellina, LLP*
**Leo Glickman**
**Time Entry Details**

*Printed by: Leo Glickman*

| | |
|---|---|
| Date: | Sat July 22, 2017 |
| Last Modified Date: | Last Modified 6:23 PM Jul 26/17 |
| Timekeeper: | Entered by: Leo Glickman at 6:23 PM Jul 26/17 |
| Duration: | 2.70 |
| | |
| File Name: | Burks, Mattieu |
| Client: | Mattieu Burks |
| Matter: | MATTIEU BURKS, Plaintiff, -against- CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER NOLAN; CORRECTION OFFICER SMITH; CORRECTION OFFICER PEPPER; SERGEANT J. CROSS; JOHN DOE "E" BLOCK SERGEANT; SUPERINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATRICK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25, Defendants. |
| Client ID: | |
| Matter ID: | 16CV00759 (FJS)(DEP) |
| | |
| File Category: | Billable |
| Billing Rate: | Normal |
| Rate Value: | 700.00 |
| | |
| Activity: | |
| Task-based Task Code: | |
| Task-based Activity Code: | |
| | |
| Description: | Depo of kirkpatrick prep |

*Stoll, Glickman & Bellina, LLP*
**Leo Glickman**
**Time Entry Details**

*Printed by: Leo Glickman*

| | |
|---|---|
| Date: | Sun July 23, 2017 |
| Last Modified Date: | Last Modified 3:00 PM Oct 10/17 |
| Timekeeper: | Entered by: Leo Glickman at 6:24 PM Jul 26/17 |
| Duration: | 3.00 |
| | |
| File Name: | Burks, Mattieu |
| Client: | Mattieu Burks |
| Matter: | MATTIEU BURKS, Plaintiff, -against- CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER NOLAN; CORRECTION OFFICER SMITH; CORRECTION OFFICER PEPPER; SERGEANT J. CROSS; JOHN DOE "E" BLOCK SERGEANT; SUPERINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATRICK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25, Defendants. |
| Client ID: | |
| Matter ID: | 16CV00759 (FJS)(DEP) |
| | |
| File Category: | Billable |
| Billing Rate: | Normal |
| Rate Value: | 700.00 |
| | |
| Activity: | |
| Task-based Task Code: | |
| Task-based Activity Code: | |
| | |
| Description: | Depo of kirkpatrick prep |

*Stoll, Glickman & Bellina, LLP*
**Leo Glickman**
**Time Entry Details**

*Printed by: Leo Glickman*

| | |
|---|---|
| Date: | Wed September 20, 2017 |
| Last Modified Date: | Last Modified 3:54 PM Oct 10/17 |
| Timekeeper: | Entered by: Leo Glickman at 3:00 PM Oct 10/17 |
| Duration: | 3.70 |
| File Name: | Burks, Mattieu |
| Client: | Mattieu Burks |
| Matter: | MATTIEU BURKS, Plaintiff, -against- CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER NOLAN; CORRECTION OFFICER SMITH; CORRECTION OFFICER PEPPER; SERGEANT J. CROSS; JOHN DOE "E" BLOCK SERGEANT; SUPERINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATRICK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25, Defendants. |
| Client ID: | |
| Matter ID: | 16CV00759 (FJS)(DEP) |
| File Category: | Billable |
| Billing Rate: | Normal |
| Rate Value: | 700.00 |
| Activity: | |
| Task-based Task Code: | |
| Task-based Activity Code: | |
| Description: | Kirkpatrick depo prep |