**Denise Buckley**

| | |
|---|---|
| **From:** | Leo Glickman <lglickman@stollglickman.com> |
| **Sent:** | Friday, May 19, 2017 5:08 PM |
| **To:** | Denise Buckley |
| **Subject:** | notices of deposition |
| **Attachments:** | notice depo CROSS.pdf; notice depo KIRKPATRICK.pdf; notice depo NOLAN.pdf; notice depo PEPPER.pdf; notice depo RACETTE.pdf; notice depo Smith.pdf; notice depo STICKNEY.pdf |

These are for the current parties.  Once I determine who else at DOCCS I may want to depose, will you produce them or will I have to subpoena?  Please advise.

Also, please note that I plan on recording these depositions by stenographic and video means.  I am alerting you should you have any objection.

Finally, of course these dates are flexible according to your schedule and that of your clients.  I have also dropped in the mail.

Leo Glickman
Stoll, Glickman & Bellina, LLP
718-852-3710
www.stollglickman.com

Brooklyn office:                     Uptown Manhattan Office:
475 Atlantic Ave., 3rd Floor     5030 Broadway, Ste. 652
Brooklyn, NY 11217                 New York, NY 10034