

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

October 25, 2016

VIA CM/ECF

Leo Glickman
Stoll, Glickman & Bellina LLP
Counsel for Plaintiff
475 Atlantic Avenue
3rd Floor
Brooklyn, NY 11217

Re: *Burks v. Stickney et al.*,
NDNY 16-CV-00759 (FJS/DEP)

Dear Mr. Glickman:

Enclosed please find a Notice to take the deposition of your client in the above-reference matter on December 14, 2016 at 10 a.m. at Elmira Correctional Facility.

Our deadline to confer to address the items in the Case Management Plan packet is this Thursday, October 27th, and to file a completed Case Management Plan is November 10th. Please phone me at your earliest opportunity to discuss. If the date we have noticed to conduct your client's deposition is not suitable, we can discuss an alternative date at that time.

I look forward to hearing from you.

Sincerely,

s/ *Denise P. Buckley*
Denise P. Buckley
Assistant Attorney General

Encl.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
MATTIEU BURKS,

                            *Plaintiff,*

                -against-

CORRECTION OFFICER CHAD STICKNEY;
CORRECTION OFFICER NOLAN; CORRECTION
OFFICER SMITH; CORRECTION OFFICER PEPPER;
SERGEANT J. CROSS; JOHN DOE "E" BLOCK
SERGEANT; SUPERINTENDENT STEVEN RACETTE,
SUPERINTENDENT MICHAEL KIRKPATRICK, JOHN
DOE SUPERVISOR IN CHARGE OF SECURITY #1,
JOHN DOE CORRECTION OFFICERS #1-25,
                            *Defendants.*

**NOTICE OF DEPOSITION**

16-CV-0759

FJS/DEP

PLEASE TAKE NOTICE that on the 14th day of December, 2016 at 10:00 a.m., Defendants, Chad Stickney, Darwin Nolan, Donald Smith, Jr., Edward Pepper, John Cross, Steven Racette, and Michael Kirkpatrick will take the deposition of Mattieu Burks (14-A-5477) upon oral examination pursuant to the Federal Rules of Civil Procedure, before a notary public or before some other officer authorized by law to administer oaths, at Elmira Correctional Facility, or other facility deemed appropriate by the New York State Department of Corrections and Community Supervision. The oral examination will continue from day to day or at an adjourned date thereafter, until completed.

PLEASE TAKE FURTHER NOTICE that the deponent will be required to produce at the deposition all documents relating to the allegations in the complaint.

Dated: Albany, New York
       October 25, 2016

                                         ERIC T. SCHNEIDERMAN
                                         Attorney General of the State of New York
                                         Attorney for Defendants Chad Stickney, Darwin
                                         Nolan, Donald Smith, Jr., Edward Pepper, John
                                         Cross, Steven Racette, and Michael Kirkpatrick

The Capitol
Albany, New York

By: s/ Denise P. Buckley
Denise P. Buckley
Assistant Attorney General, of Counsel
Bar Roll No. 519278
Telephone: (518) 776-2294
Fax: (518) 915-7740 (Not for service of papers.)
Email: denise.buckley@ag.ny.gov

To: Leo Glickman
Stoll, Glickman & Bellina LLP
Attorneys for Plaintiff
475 Atlantic Avenue 3rd Floor
Brooklyn, NY 11217
(718) 852-3710
(718) 852-3586
lglickman@stollglickman.com