UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

MATTIEU BURKS,

*Plaintiff*,

-against-

CORRECTION OFFICER CHAD STICKNEY;
CORRECTION OFFICER NOLAN; CORRECTION
OFFICER SMITH; CORRECTION OFFICER EDWARD
L. PEPPER; SERGEANT JOHN MARK CROSS;
CORRECTION OFFICER DAVID J. CHAMBERLAIN;
CORRECTION OFFICER JOSHUA R. WOOD; JOHN
DOE "E" BLOCK SERGEANT; SUPINTENDENT
STEVEN RACETTE, SUPERINTENDENT MICHAEL
KIRKPATIRCK, JOHN DOE SUPERVISOR IN CHARGE
OF SECURITY #1, JOHN DOE CORRECTION
OFFICERS ##1-25,

*Defendants*.

_____

9:16-CV-759

FJS/DEP

**EXHIBIT C**
**To the Declaration of Denise Buckley**