UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MATTIEU BURKS,

                                                    *Plaintiff*,

            -against-

CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER NOLAN; CORRECTION OFFICER SMITH; CORRECTION OFFICER EDWARD L. PEPPER; SERGEANT JOHN MARK CROSS; CORRECTION OFFICER DAVID J. CHAMBERLAIN; CORRECTION OFFICER JOSHUA R. WOOD; JOHN DOE "E" BLOCK SERGEANT; SUPINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATIRCK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25,

*Defendants*.

                                                9:16-CV-759

                                                FJS/DEP

---

**EXHIBIT D**
**To the Declaration of Denise Buckley**