# Denise Buckley

| | |
|---|---|
| **From:** | Leo Glickman <lglickman@stollglickman.com> |
| **Sent:** | Wednesday, July 05, 2017 2:44 PM |
| **To:** | Denise Buckley |
| **Subject:** | Smith and Pepper notices to admit |
| **Attachments:** | Requests for admission to pepper.pdf; Requests for admission to smith.pdf |

I attach two notices to admit and also dropping in mail today.  The idea of these is to avoid having to waste their time, your time and my time conducting depositions, so it is my hope that they can give candid, good faith responses to eliminate the necessity of a deposition.

Leo Glickman
Stoll, Glickman & Bellina, LLP
718-852-3710
www.stollglickman.com

Brooklyn office:                     Uptown Manhattan Office:
475 Atlantic Ave., 3rd Floor     5030 Broadway, Ste. 652
Brooklyn, NY 11217                 New York, NY 10034