# Denise Buckley

| | |
|---|---|
| **From:** | Denise Buckley |
| **Sent:** | Thursday, August 03, 2017 4:58 PM |
| **To:** | 'Leo Glickman' |
| **Subject:** | Burks v. Stickney - defendants Responses to Notices to Admit |
| **Attachments:** | to plf with response to notice to admit.pdf; Donald Smith Response to Requests for Admission.pdf; Edward Pepper Response to Requests for Admission.pdf |

Leo,

Attached please find the Responses of defendants Donald Smith, Jr., and Edward Pepper to plaintiff's Requests for Admission in the above matter.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov