

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2294

August 3, 2017

Leo Glickman, Esq.
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue, 3rd Floor
Brooklyn, NY  11217

Re:   *Burks v Stickney, et al*
      Northern District of New York
      16-CV-0759 (FJS)(DEP)

Dear Mr. Glickman:

    Enclosed please find the Responses of defendants Donald Smith, Jr., and Edward Pepper to Plaintiff's Requests for Admission FRCP 36 in the above-referenced matter.

    Sincerely,

    *Denise P. Buckley*

    Denise P. Buckley
    Assistant Attorney General

Enclosure