UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MATTIEU BURKS,

                              Plaintiff,

-against-

CORRECTION OFFICER CHAD STICKNEY; CORRECTION OFFICER NOLAN; CORRECTION OFFICER SMITH; CORRECTION OFFICER EDWARD L. PEPPER; SERGEANT JOHN MARK CROSS; CORRECTION OFFICER DAVID J. CHAMBERLAIN; CORRECTION OFFICER JOSHUA R. WOOD; JOHN DOE "E" BLOCK SERGEANT; SUPINTENDENT STEVEN RACETTE, SUPERINTENDENT MICHAEL KIRKPATIRCK, JOHN DOE SUPERVISOR IN CHARGE OF SECURITY #1, JOHN DOE CORRECTION OFFICERS ##1-25,

                              Defendants.

**RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSION FRCP 36**

16-CV-0759

FJS/DEP

Defendant Donald Smith, Jr., by his attorney, Eric T. Schneiderman, Attorney General of the State of New York, Denise P. Buckley, Assistant Attorney General, of counsel, pursuant to Rule 36 of the Federal Rules of Civil Procedure, hereby responds to Plaintiff Mattieu Burks' Requests for Admissions, dated July 5, 2017, as follows:

1. On August 18, 2015, you were employed as a correction officer by the New York State Department of Corrections and Community Supervision.
   **Response:** Admit.

2. On August 18, 2015, you were assigned to Clinton Correctional Facility.
   **Response:** Admit.

3. You worked in your capacity as a correction officer at Clinton Correctional Facility on August 18, 2015.
   **Response:** Admit.

4. On August 18, 2015, you worked in "E" block at Clinton Correctional Facility.
   **Response:** Admit.

5. On August 18, 2015, you had a verbal interaction with an inmate named Mattieu Burks.
   **Response:** Object to the extent that I am not sure what is meant by the phrase "verbal interaction". Without waiving that objection, admit that I do not recall speaking with an inmate named Mattieu Burks on August 18, 2015 and deny the remainder of any allegations in this request for admission.

6. On August 18, 2015, you used force against an inmate named Mattieu Burks.
   **Response:** Deny.

Dated: Albany, New York
August 3, 2017

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for Defendants Chad Stickney, Darwin Nolan, Donald Smith, Jr., Edward Pepper, John Cross, Steven Racette, and Michael Kirkpatrick
The Capitol
Albany, New York

By: /s/ Denise P. Buckley
Denise P. Buckley
Assistant Attorney General, of Counsel
Bar Roll No. 519278
Telephone: (518) 776-2294
Fax:          (518) 915-7740 (Not for service of papers)
Email: denise.buckley@ag.ny.gov

2

# VERIFICATION

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF CLINTON    )

    I, Donald Smith, Jr., being duly sworn, say that I am a Defendant in the within action, that I have read the foregoing responses to Plaintiff's Requests for Admission FRCP 36, and that the same are true to my own knowledge.

_____
DONALD SMITH, JR.

Sworn to before me this
3rd day of August, 2017.

_____
Dated Dannemora, New York
August 3rd, 2017

Tiffany Lynn Johnson
Notary Public, State of New York
No. 01JO6352905
Qualified in Clinton County
Commission Expires 12/27/2020

TO:   Leo Glickman, Esq.
       Stoll, Glickman & Bellina LLP
       Attorney for Plaintiff
       475 Atlantic Avenue, 3rd Floor
       Brooklyn, NY 11217