# Denise Buckley

| | |
|---|---|
| **From:** | Denise Buckley |
| **Sent:** | Thursday, July 13, 2017 5:11 PM |
| **To:** | 'Leo Glickman' |
| **Subject:** | RE: Burks depos |

Leo,

Sgt Cross has very limited availability and July 24th is his only available date in the next few weeks.  He will be available on July 24th at 1pm, as previously advised.  You previously advised that you were available on July 24th, so I am surprised that you are now saying you are not available on that date.  Can you please make yourself available on July 24th at 1pm?  If not, do you have any availability in August?  If so, I will check with Sgt Cross to see if we can reschedule.

Sgt Nolan is available for deposition on July 28th at 1pm.

Supt Racette is out of town on July 18th.  He is available July 20th at 11 am.

Supt Kirkpatrick is available July 19th at 1pm.

CO Stickney is available July 25th at 11 am.

As for the identities of number 9 and 10, we will have to seek a ruling from the court.  DOCCS' offer was to provide the contact details for people identified as being involved in the alleged incident of July 5th.  Plaintiff did not identify any of the people in the photo arrays as being involved in the alleged incident of July 5th.

I will get the responses to your requests for admissions within 30 days of service of your notices.  I will try to accommodate your request to respond sooner than that, but I cannot guarantee a quicker turn around time.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov

---

**From:** Leo Glickman [mailto:lglickman@stollglickman.com]
**Sent:** Thursday, July 13, 2017 4:10 PM
**To:** Denise Buckley <Denise.Buckley@ag.ny.gov>
**Subject:** RE: Burks depos

Depo schedule proposed:*
Racette July 18 @ 11 am
Kirkpatrick July 19 @11 am
Cross July 20  @10 am)
Stickney July 25 @ 11 am
July 28 – hold for pepper and smith.

1

*You are required I believe to divulge to me who was number 9 and 10 in the photo array today.  Depending on who number 10 is, and if he is a named defendant, we will want to depose that person on the 27th.  If he is not a party, we will want to depose wood and chamberlain that day.  As for Nolan, I cannot do a deposition on the 24th.  Can we do anytime between the 25th and 28th and work the schedule of others around that?  Also, as to pepper and smith, if we can get responses to the requests for admission back on them in the next two weeks, it may obviate the need to depose them.

Leo Glickman
Stoll, Glickman & Bellina, LLP
718-852-3710
www.stollglickman.com

Brooklyn office:                             Uptown Manhattan Office:
475 Atlantic Ave., 3rd Floor        5030 Broadway, Ste. 652
Brooklyn, NY 11217                       New York, NY 10034

---

**From:** Denise Buckley [mailto:Denise.Buckley@ag.ny.gov]
**Sent:** Wednesday, July 12, 2017 4:57 PM
**To:** Leo Glickman <lglickman@stollglickman.com>
**Subject:** RE: Burks depos

Hi Leo,

Apologies, I was just going to e-mail you.  Plaintiff's deposition is confirmed to proceed this Friday, July 14th, at 10 am.  The facility has arranged for an interview room to be available so that you may meet with your client from 9 am to 10am.

It looks like we will be able to conduct the depositions of the seven defendants you wish to depose from July 18th through 21st and July 25th, 27th and 28th.  This is on the assumption of one deposition per day with each one starting at 11 am.  I just need to confirm who will be attending on which date.  If you think it will be possible to conduct two depositions on one date, let me know what dates and times you propose to do that and I will see if that can be arranged.

If, for any reason, we need to rearrange those dates, are you available any time after the week of July 24th?  I recall you mentioned previously that you will be away for two weeks in August, but I do not recall the exact time frame.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov

---

**From:** Leo Glickman [mailto:lglickman@stollglickman.com]
**Sent:** Wednesday, July 12, 2017 4:50 PM

**To:** Denise Buckley <Denise.Buckley@ag.ny.gov>
**Subject:** Burks depos

Denise please, I need lead time to make travel plans and set up office time to conduct these depositions.  First, can you please confirm that we are going forward on Friday with my client so that I can make a hotel reservation, etc.  Second, can you please let me know when I can depose the defendants.  Thank you.

Leo Glickman
Stoll, Glickman & Bellina, LLP

5030 Broadway, Ste. 652
New York, NY 10034

475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217

P: 718-852-3710
F: 718-852-3586
www.stollglickman.com


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.