# Denise Buckley

**From:** Denise Buckley
**Sent:** Wednesday, July 26, 2017 4:58 PM
**To:** 'Leo Glickman'
**Subject:** Burks v Stickney

Leo,

As you will note, the court has extended the discovery deadline. We would like to proceed with the depositions already scheduled: CO Nolan on July 28th at 1pm, Supt Racette on August 1st at 1pm, and Officer Chamberlain on August 3rd at 1pm. Please confirm.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax: (518) 915-7738 | denise.buckley@ag.ny.gov