# Denise Buckley

| | |
|---|---|
| **From:** | Denise Buckley |
| **Sent:** | Thursday, July 27, 2017 10:11 AM |
| **To:** | 'Leo Glickman' |
| **Subject:** | RE: Burks v Stickney |

Leo,

I just left you a voice mail.  Supt Racette is not available in Sept, so let's go forward with his deposition as scheduled on August 1st.  I am following up with Supt Kirkpatrick and Officer Chamberlain.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov

---

**From:** Denise Buckley
**Sent:** Thursday, July 27, 2017 9:20 AM
**To:** 'Leo Glickman' <lglickman@stollglickman.com>
**Subject:** RE: Burks v Stickney

And presumably you want to hold Supt Kirkpatrick's deposition in Sept too, so I'll see what his availability is that month also.

---

**From:** Denise Buckley
**Sent:** Thursday, July 27, 2017 8:05 AM
**To:** 'Leo Glickman' <lglickman@stollglickman.com>
**Subject:** RE: Burks v Stickney

Ok. Let me check with Supt Racette and Officer Chamberlain to see if they are available in September. I'll let you know after I speak with them.

---

**From:** Leo Glickman [mailto:lglickman@stollglickman.com]
**Sent:** Wednesday, July 26, 2017 5:24 PM
**To:** Denise Buckley <Denise.Buckley@ag.ny.gov>
**Subject:** RE: Burks v Stickney

I definitely want to go forward on Friday.  Let's put off the 1st and 3rd and try to do a firm and orderly schedule for September.  Does that sound ok?

---

**From:** Denise Buckley [mailto:Denise.Buckley@ag.ny.gov]
**Sent:** Wednesday, July 26, 2017 4:58 PM
**To:** Leo Glickman
**Subject:** Burks v Stickney

Leo,

As you will note, the court has extended the discovery deadline.  We would like to proceed with the depositions already scheduled: CO Nolan on July 28th at 1pm, Supt Racette on August 1st at 1pm, and Officer Chamberlain on August 3rd at 1pm.  Please confirm.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.