# Denise Buckley

| | |
|---|---|
| **From:** | Denise Buckley |
| **Sent:** | Thursday, July 27, 2017 1:43 PM |
| **To:** | 'Leo Glickman' |
| **Subject:** | deposition of Supt Racette |

Leo,

As discussed with you today, Supt Racette's deposition is now scheduled to **proceed by telephone on October 5, 2017 at 11 am**. As discussed, this date is subject to cancellation because Supt Racette's wife is ill and is starting a course of treatment in October on an in-patient basis which may require his presence. If Supt Racette has to cancel the October 5th deposition date, you have agreed to try to work with me to reschedule it and, if we cannot meet the discovery deadline, you will cooperate with me in making the necessary application to the court.

Please allow this to confirm that Supt. Racette is available to appear in Albany for his deposition on August 1st, but we are agreeing to postpone it to October at your request. Earlier today, you indicated over the phone that you were available to attend his deposition on August 1st but you were refusing to proceed with it. It seems to me that we really should proceed with the deposition on August 1st because of the uncertainty involved with October for Supt. Racette. However, we are agreeing to postpone it given your insistence on postponing it.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov