# Denise Buckley

| | |
|---|---|
| **From:** | Denise Buckley |
| **Sent:** | Thursday, September 14, 2017 10:13 AM |
| **To:** | 'Leo Glickman' |
| **Subject:** | RE: Burks v stickney |

Unfortunately, he is not available between Sept 25th or Oct 4th.  He is available Oct 11th.

**From:** Leo Glickman [mailto:lglickman@stollglickman.com]
**Sent:** Thursday, September 14, 2017 9:40 AM
**To:** Denise Buckley <Denise.Buckley@ag.ny.gov>
**Subject:** RE: Burks v stickney

I canot, Ihave a trial starting on the 16th.  PS it's not either sept. 25 or oct 4.  IT's anytime between that time.  Please confirm sept 22 for Kirkpatrick.

**From:** Denise Buckley [mailto:Denise.Buckley@ag.ny.gov]
**Sent:** Wednesday, September 13, 2017 5:52 PM
**To:** Leo Glickman
**Subject:** RE: Burks v stickney

Leo,

Mr. Racette is not available on either of those dates.  Can you re-arrange your schedule for Oct 11th?

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov


**From:** Leo Glickman [mailto:lglickman@stollglickman.com]
**Sent:** Monday, September 11, 2017 3:43 PM
**To:** Denise Buckley <Denise.Buckley@ag.ny.gov>
**Subject:** RE: Burks v stickney

I will re-arrange my September schedule so that I may, again, accommodate your client Superintendent Kirkpatrick.  I will do September 22.

As to Racette, I cannot do October 11.  Is he available anytime between Sept. 25 and October 4?
Leo Glickman
Stoll, Glickman & Bellina, LLP
718-852-3710
www.stollglickman.com

| Brooklyn office: | Uptown Manhattan Office: |
|---|---|
| 475 Atlantic Ave., 3rd Floor | 5030 Broadway, Ste. 652 |
| Brooklyn, NY 11217 | New York, NY 10034 |

---

**From:** Denise Buckley [mailto:Denise.Buckley@ag.ny.gov]
**Sent:** Friday, September 08, 2017 4:45 PM
**To:** Leo Glickman <lglickman@stollglickman.com>
**Subject:** RE: Burks v stickney

Leo,

I am waiting to hear back from you to my e-mail below about rescheduling the deposition of Superintendent Kirkpatrick. Please let me know if Sept 22nd at 1pm here in Albany works for you. If not, please suggest some alternative dates.

Superintendent Racette is no longer available to appear on Oct 5th. He is available to appear on Oct 11th at 11 am. As discussed, he will appear by video link up from the OAG Regional Office in Plattsburgh. Please let me know if that works for you. As previously discussed, he has very limited availability in October.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax: (518) 915-7738 | denise.buckley@ag.ny.gov

---

**From:** Denise Buckley
**Sent:** Wednesday, August 23, 2017 2:54 PM
**To:** 'Leo Glickman' <lglickman@stollglickman.com>
**Subject:** RE: Burks v stickney

Leo,

Superintendent Kirkpatrick has a scheduling conflict and needs to reschedule his deposition. He is available to appear on Sept 22nd at 1pm here in Albany. Please let me know if that works for you.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224

Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov

---

**From:** Denise Buckley
**Sent:** Friday, August 04, 2017 3:52 PM
**To:** 'Leo Glickman' <lglickman@stollglickman.com>
**Subject:** RE: Burks v stickney

Leo,

You indicated in the letter you sent me yesterday evening that you are available the week of Sept 18th for Superintendent Kirkpatrick's deposition.  We will produce him for deposition on Sept 20th at 1pm here in Albany.  I presume you want to use 90 State Street again, but please confirm.

Best regards,


**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov

---

**From:** Leo Glickman [mailto:lglickman@stollglickman.com]
**Sent:** Thursday, August 03, 2017 6:08 PM
**To:** Denise Buckley <Denise.Buckley@ag.ny.gov>
**Subject:** Burks v stickney

See attached letter.

Leo Glickman
Stoll, Glickman & Bellina, LLP
718-852-3710
www.stollglickman.com

| Brooklyn office: | Uptown Manhattan Office: |
|---|---|
| 475 Atlantic Ave., 3rd Floor | 5030 Broadway, Ste. 652 |
| Brooklyn, NY 11217 | New York, NY 10034 |

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.