# Denise Buckley

| | |
|---|---|
| **From:** | Denise Buckley |
| **Sent:** | Friday, October 06, 2017 2:48 PM |
| **To:** | 'Leo Glickman' |
| **Subject:** | Burks v Stickney - deposition of Supt Racette on Oct 11th |

Leo,

As previously advised, Supt Racette is available for deposition on Oct 11th, appearing by video link up from the OAG Plattsburgh office.

I haven't heard back from you since I last e-mailed you about this on Sept. 21st.  Please confirm whether you wish to go forward with this deposition.  I can check to see if we have a video conference room available at the NYC OAG for you to use on that day.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | [denise.buckley@ag.ny.gov](mailto:denise.buckley@ag.ny.gov)