# Denise Buckley

| | |
|---|---|
| **From:** | Denise Buckley |
| **Sent:** | Friday, October 06, 2017 2:54 PM |
| **To:** | 'Leo Glickman' |
| **Subject:** | RE: Burks v Stickney - deposition of Supt Racette on Oct 11th |

Leo,

When we agreed to Oct 5th, we explained to you that the date might have to be changed because of his personal circumstances.  That is the basis on which the deposition was postponed from the date on which he was available in August.  His only availability is Oct 11th and, as we agreed, he will appear in Plattsburgh.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov

---

**From:** Leo Glickman [mailto:lglickman@stollglickman.com]
**Sent:** Friday, October 06, 2017 2:51 PM
**To:** Denise Buckley <Denise.Buckley@ag.ny.gov>
**Subject:** RE: Burks v Stickney - deposition of Supt Racette on Oct 11th

I want to do Kirkpatrick and Racette in consecutive days in Albany.  I agreed to depose Supt. Racette on October 5 by video link up. He violated the agreement so we are demanding that he be produced in Albany.  Please advise your clients to appear on October 24 and 25.  They can each pick their own day.

---

**From:** Denise Buckley [mailto:Denise.Buckley@ag.ny.gov]
**Sent:** Friday, October 06, 2017 2:48 PM
**To:** Leo Glickman
**Subject:** Burks v Stickney - deposition of Supt Racette on Oct 11th

Leo,

As previously advised, Supt Racette is available for deposition on Oct 11th, appearing by video link up from the OAG Plattsburgh office.

I haven't heard back from you since I last e-mailed you about this on Sept. 21st.  Please confirm whether you wish to go forward with this deposition.  I can check to see if we have a video conference room available at the NYC OAG for you to use on that day.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau

NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.