# Denise Buckley

| | |
|---|---|
| **From:** | Denise Buckley |
| **Sent:** | Wednesday, October 11, 2017 2:42 PM |
| **To:** | 'Leo Glickman' |
| **Subject:** | RE: Sanctions motion |
| **Attachments:** | deposition of Supt Racette |

Leo,

I have spoken with Supt Kirkpatrick and Supt Racette about their availability to attend depositions on Oct 24th and 25th, two dates you proposed (or, to put it more accurately, demanded) for the first time last Friday.

Supt Kirkpatrick is available to appear in Albany for his deposition at 1pm on Oct 24th.

Although it entails significant personal hardship, retired Supt Racette can arrange to make himself available to appear in Plattsburgh at 1pm on Oct 25th. When you insisted on postponing Supt Racette's deposition last July, we rescheduled his deposition to Oct 5th on the basis that it was subject to cancellation and would be conducted in Plattsburgh via telephone link up because of his personal circumstances. I am attaching a copy of my July 27, 2017 e-mail to you to refresh your recollection. If you cannot arrange to travel to Plattsburgh for his deposition on Oct 25th, we can arrange for video link up between the Plattsburgh office and our office here in Albany.

Please let me know how you propose to proceed on Oct 25th. I will need to know as soon as possible if a video link up is required.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax: (518) 915-7738 | denise.buckley@ag.ny.gov

---

**From:** Leo Glickman [mailto:lglickman@stollglickman.com]
**Sent:** Tuesday, October 10, 2017 6:10 PM
**To:** Denise Buckley <Denise.Buckley@ag.ny.gov>; Adrienne Kerwin <Adrienne.Kerwin@ag.ny.gov>
**Subject:** Sanctions motion

Attached is a draft of plaintiff's memo of law and declaration that we will file with the court if we cannot come to a satisfactory resolution regarding these matters. Attached also are the exhibits.

Please let me know what you think and if we cannot come to agreement if you would consent to an expedited process related to the motion. Please contact me by the close of business, October 12.

Leo Glickman

Stoll, Glickman & Bellina, LLP
718-852-3710
www.stollglickman.com

Brooklyn office:                Uptown Manhattan Office:
475 Atlantic Ave., 3rd Floor    5030 Broadway, Ste. 652
Brooklyn, NY 11217               New York, NY 10034

2