# Denise Buckley

| | |
|---|---|
| **From:** | Denise Buckley |
| **Sent:** | Monday, July 24, 2017 12:03 PM |
| **To:** | 'Leo Glickman' |
| **Subject:** | Burks v Stickney - Supt Kirkpatrick |

Leo,

I just received word that Supt Kirkpatrick will not be able to attend tomorrow's deposition as he is out sick.  Please let me know whether you have any dates of availability between now and the end of August and I will try to reschedule.

I will see you at 1pm today for Sgt. Cross' deposition.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov