**Denise Buckley**

| | |
|---|---|
| **From:** | Denise Buckley |
| **Sent:** | Thursday, September 21, 2017 4:08 PM |
| **To:** | 'Leo Glickman' |
| **Subject:** | RE: confirming |

Leo,

I just left you a voice mail on your cell phone because the receptionist at your office advised me that you are not in your office at the moment.  As indicated in my voice mail, Superintendent Kirkpatrick advised me just now that a serious security issue has arisen at the facility and his presence at the facility may be required tomorrow.  He is going to phone me this evening once the position is confirmed.

In the circumstances, it may be sensible to postpone his deposition.  I will be in touch once I receive a further update from Supt Kirkpatrick.

Best regards,


**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov


**From:** Denise Buckley
**Sent:** Thursday, September 21, 2017 10:32 AM
**To:** 'Leo Glickman' <lglickman@stollglickman.com>
**Subject:** RE: confirming

Leo,

We're all set to proceed with Supt Kirkpatrick's deposition tomorrow at 1pm.

Unfortunately, Supt Racette is not available on the alternate dates you suggested.  As previously advised, he is available on Oct 11th.  Again, we will be proceeding by video link up from the OAG Plattsburgh office.  I can check to see if we have a video conference room available at the NYC OAG for you to use on that day.  Please let me know.

Best regards,

**Denise Buckley | Assistant Attorney General**
Litigation Bureau
NYS Office of the Attorney General
State Capitol | Albany, NY 12224
Tel: (518) 776-2294 | Fax:  (518) 915-7738 | denise.buckley@ag.ny.gov

**From:** Leo Glickman [mailto:lglickman@stollglickman.com]
**Sent:** Thursday, September 21, 2017 9:14 AM
**To:** Denise Buckley <Denise.Buckley@ag.ny.gov>
**Subject:** confirming

1 pm tomorrow for kirkpatrick.  It will be at 125 Wolf Rd. in Albany.  IF there are any issues, please call or text me on my cell at 917-582-1405.  Thank you.