**Denise Buckley**

| | |
|---|---|
| **From:** | Savage, Cassandra M (DOCCS) <Cassandra.Savage@doccs.ny.gov> |
| **Sent:** | Friday, September 02, 2016 8:46 AM |
| **To:** | Denise Buckley |
| **Subject:** | RE: Burks v Stickney 16-cv-759 |

Good Morning Ms. Buckley,

Please note I will be mailing out the representation letters today.  I realized on the original service of summons in July that I served the wrong Officer Nolan.  So I have forwarded this new service of summons to Franklin Correctional Facility for Sergeant Darwin Nolan.  Please make sure to check with them regarding that one.

Sorry for any confusion!

# Cassandra Savage
Office Assistant 1

Department of Corrections and Community Supervision
Clinton Correctional Facility
Legal Office
1156 State Route 374, P.O. Box 2000, Dannemora, NY 12929
518-492-2511 ext. 2182     Cassandra.Savage@doccs.ny.gov


**From:** Denise Buckley [mailto:Denise.Buckley@ag.ny.gov]
**Sent:** Tuesday, August 30, 2016 3:00 PM
**To:** Savage, Cassandra M (DOCCS) <Cassandra.Savage@doccs.ny.gov>
**Subject:** RE: Burks v Stickney 16-cv-759

> **ATTENTION:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Cassandra,

Thank you for forwarding that.

Please send me the original in the mail along with a request for representation.  Please also let me know how it was received (i.e., by mail or personal service) and confirm the date it was received (I'm assuming it was 8/24 if it was last Wednesday).

Thanks and best regards,

Denise Buckley
Assistant Attorney General
Litigation Bureau
NYS Office of the Attorney General
State Capitol

Albany, NY 12224
Tel: (518) 776-2294
Fax:  (518) 915-7738
denise.buckley@ag.ny.gov

---

**From:** Savage, Cassandra M (DOCCS) [mailto:Cassandra.Savage@doccs.ny.gov]
**Sent:** Tuesday, August 30, 2016 2:54 PM
**To:** Denise Buckley
**Subject:** FW: Burks v Stickney 16-cv-759

Good Afternoon Ms. Buckley,

Please find attached the service of summons we received last Wednesday.  Again please let me know what I need to do regarding it.

Thanks,

# Cassandra Savage
Office Assistant 1

Department of Corrections and Community Supervision
Clinton Correctional Facility
Legal Office
1156 State Route 374, P.O. Box 2000, Dannemora, NY 12929
518-492-2511 ext. 2182     Cassandra.Savage@doccs.ny.gov


**From:** Cassandra M. Savage [mailto:Cassandra.Savage@DOCCS.NY.GOV]
**Sent:** Tuesday, August 30, 2016 2:51 PM
**To:** Savage, Cassandra M (DOCCS) <Cassandra.Savage@doccs.ny.gov>
**Subject:** Burks v Stickney 16-cv-759



**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.